UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TONYA MAYE,

                Plaintiff,

vs.

                Civil Action No.: 1:22-CV-565V

ATLANTIC RECOVERY SOLUTIONS,
and ZAC AGA,

                Defendants.

---

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 (Civil Action)**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, ATLANTIC RECOVERY SOLUTIONS, who is a Defendant, makes the following disclosure:

1.     Is the party a non-governmental corporate party?

ANSWER: Yes.

2.     If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation.

ANSWER: There is no such parent corporation.

3.     If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation.

ANSWER: There is no such corporation.

    The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: September 14, 2022

                                        _____
                                        JUSTIN S. WHITE
                                        Attorney for the Defendants
                                        5662 Main Street
                                        Williamsville, NY 14221
                                        (716) 631-9100
                                        e-mail: jwhite@sbwattorneys.com